Sue D. BUSSEN, Appellant,

v.

Albert J. BUSSEN, Respondent.

No. 47705.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 29, 1985.

Milton W. Schaeffer, Richmond Heights, for appellant.

John P. Sullivan, Clayton, for respondent.

ORDER

PER CURIAM.

Appeal from an order of the trial court on appellant's motion to modify the maintenance and child support provisions of a dissolution decree. A written opinion would have no precedential value. The judgment is affirmed in accordance with Rule 84.16(b).

Motion of respondent for damages under Rule 84.19 denied.